OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. SHAHAN

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. SHAHAN
2016 OK 9
Case Number: SCBD-6356
Decided: 02/01/2016
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2016 OK 9, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

State of Oklahoma ex rel. Oklahoma Bar Association, Complainant,
v.
Ian Michael Shahan, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 The Oklahoma Bar Association (OBA), in compliance with Rule 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings (RGDP), has forwarded to this Court certified copies of the Criminal Informations, and Pleas, in which Ian Michael Shahan entered: 1) a plea of guilty to one count of Public Intoxication, a misdemeanor in violation of 37 O.S.2011 § 8, occurring on November 15, 2014; 2) a plea of guilty to one count of Driving Under the Influence of Alcohol, a misdemeanor in violation of 47 O.S.2011 § 11-902(A)(2), occurring on February 6, 2015; and 3) a plea of no contest to one count of Leaving the Scene of Collision Involving Property Damage, a misdemeanor in violation of 47 O.S.2011 § 10-103, occurring on February 6, 2015. The OBA also forwarded certified copies of the sentence of a fine for the Public Intoxication, and the deferred sentences for the charges of DUI and Leaving the Scene.

¶2 Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court shall by order immediately suspend the lawyer from the practice of law until further order of the Court." Having received certified copies of these papers and orders, this Court orders that Ian Michael Shahan is immediately suspended from the practice of law. Ian Michael Shahan is directed to show cause, if any, no later than February 11, 2016, why this order of interim suspension should be set aside. See RGDP Rule 7.3. The OBA has until February 22, 2016, to respond.

¶3 Rule 7.2 of the RGDP provides that a certified copy of a plea of guilty, an order deferring judgment and sentence, or information and judgment and sentence of conviction "shall constitute the charge and be conclusive evidence of the commission of the crime upon which the judgment and sentence is based and shall suffice as the basis for discipline in accordance with these rules." Pursuant to Rule 7.4 of the RGDP, Ian Michael Shahan has until March 9, 2016, to show cause in writing why a final order of discipline should not be imposed, to request a hearing, or to file a brief and any evidence tending to mitigate the severity of discipline. The OBA has until March 25, 2016, to respond.

¶4 DONE BY ORDER OF THE SUPREME COURT this 1st day of February, 2016.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.






 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 Title 37. Intoxicating Liquors
 Cite
Name
Level

 37 O.S. 8, Consuming or Inhaling Intoxicants in Public Places - Penalties
Cited
Title 47. Motor Vehicles
 Cite
Name
Level

 47 O.S. 11-902, Persons Under the Influence of Alcohol or Other Intoxicating Substance or Combination Thereof
Cited
 47 O.S. 10-103, Accidents Involving Damage to Vehicle
Cited